UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ALEJANDRO SANES,
        Plaintiff,

v.                                         Case No: 6:15-cv-609-Orl-28KRS

ECLIPSE ADVANTAGE, LLC,
        Defendant.

## ORDER

This case is before the Court on the Renewed Joint Motion for Approval of FLSA Settlement. (Doc. 36). The assigned United States Magistrate Judge has submitted a Report (Doc. 38) recommending that the motion be granted. After review of the record in this matter, the Court agrees with the findings and conclusions in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation (Doc. 38) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Renewed Joint Motion for Approval of FLSA Settlement (Doc. 36) is **GRANTED**. The parties' settlement agreement (Doc. 36 at 13–16) is a fair and reasonable resolution of a *bona fide* dispute under the FLSA.

3. The case is **DISMISSED** with prejudice.

4. The Clerk is **DIRECTED** to close the file.

**DONE** and **ORDERED** in Orlando, Florida, on February 17, 2016.

JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Magistrate Judge
Counsel of Record
Unrepresented Parties